■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL JAMES, Appellant. [899 NYS2d 848]—Appeal from judgment of resentence, Supreme Court, New York County (Charles H. Solomon, J.), rendered October 31, 2008, resentencing defendant to concurrent terms of seven years, with five years' postrelease supervision, unanimously dismissed as moot, in that Supreme Court has granted defendant's motion to set aside the resentence. Concur—Tom, J.P., McGuire, Moskowitz, Acosta and Freedman, JJ.

Motion to dismiss appeal as moot granted.